**Ernest Warren, Jr., OSB No. 891384**
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
838 SW First Avenue, Suite 500
Portland, Oregon  97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant David Michael Bouchard**

IN THE UNITED STATE DISTRICT  COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 3:20-mj-165 |
| Plaintiff, | DECLARATION OF ERNEST WARREN, JR. IN SUPPORT OF THE  UNOPPOSED MOTION FOR THE CONTINUANCE OF THE ARRAIGNMENT DATE |
| v. | |
| **DAVID MICHAEL BOUCHARD,** | |
| Defendant. | |

I, Ernest Warren Jr., under penalty of perjury, do hereby depose and say:

1. I am the attorney of record for the defendant;

2. I was appointed to represent defendant around August 4th, 2020;

3. I request the Court grant my Motion for a Continuance of the

Arraignment Date for approximately 30 days.

/ / /

*Page 1 – DECLARATION IN SUPPORT OF THE UNOPPOSED MOTION FOR THE CONTINUANCE OF THE ARRAIGNMENT DATE*

*WARREN & SUGARMAN*
*Attorneys at Law*
*838 SW First Avenue • Suite 500 • Portland, Oregon 97204*
*Tel (503) 228-6655 • Fax (503) 228-7019*
*e.warren@warrenpdxlaw.com*

4.  We are gathering information for mitigation.

5.  AUSA Parakram does not object to this request.

DATED this 9th day of September, 2020.

RESPECTFULLY SUBMITTED,

WARREN & SUGARMAN

/s/ Ernest Warren, Jr.
**Ernest Warren, Jr., OSB No.891384**
Attorney for Defendant

*Page 2 – DECLARATION IN SUPPORT OF THE UNOPPOSED MOTION FOR THE CONTINUANCE OF THE ARRAIGNMENT DATE*

**WARREN & SUGARMAN**
*Attorneys at Law*
*838 SW First Avenue • Suite 500 • Portland, Oregon 97204*
*Tel (503) 228-6655 • Fax (503) 228-7019*
*e.warren@warrenpdxlaw.com*