**Ernest Warren, Jr., OSB No.891384**
E-Mail: e.warren@warrenpdxlaw.com
Warren & Sugarman
838 SW First Avenue, Suite 500
Portland, Oregon  97204
Tel: (503) 228-6655
Fax: (503) 228-7019

**Attorney for Defendant David Michael Bouchard**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 3:20-mj-165 |
| Plaintiff, | WAIVER OF SPEEDY INDICTMENT |
| v. | |
| **DAVID MICHAEL BOUCHARD,** | |
| Defendant. | |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I understand that under 18 U.S.C. § 3161 (b), I have the right to a speedy indictment which requires the return of an indictment or filing of an information against me within thirty (30) days of my arrest.

After receiving this advice, I waive my right to prosecution by speedy indictment and consent to prosecution by indictment or information at a later time.

DATED this  14  day of  October, 2020.

_____
David Michael Bouchard, Defendant

/s/ Ernest Warren, Jr.
**Ernest Warren, Jr., OSB No. 89138**
Attorney for defendant

Page 1 – *WAIVER OF SPEEDY INDICTMENT*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a certified true copy of the Waiver of Speedy Indictment in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF System as follows:

**Parakram Singh**
United States Attorney's Office
1000 SW Third Avenue Ste 600
Portland, OR 97204
503-727-1073
Email: parakram.singh@usdoj.go

DATED this___ day of October, 2020.

                                              RESPECTFULLY SUBMITTED,

                                              WARREN & SUGARMAN

                                              /s/ Ernest Warren, Jr.
                                              **Ernest Warren, Jr., OSB No.891384**
                                              Attorney for defendant

Page 2 – *WAIVER OF SPEEDY INDICTMENT*
**WARREN & SUGARMAN**
Attorneys at Law
838 SW First Avenue • Suite 500 • Portland, Oregon 97204
Tel (503) 228-6655 • Fax (503) 228-7019
e.warren@warrenpdxlaw.com